Chairperson, Hon. Loren Tucker, Member Hon. Brad Newman and Member Hon. Kathy Seeley.

## OCTOBER 2013 CALENDAR

### The District Court of the 2nd Judicial District.
### County of Silver Bow.

STATE OF MONTANA,
    Plaintiff,                           CAUSE NO. DC-11-98

vs.                                   DECISION

MARY AZURE,
    Defendant.

On January 24, 2013, the Defendant was sentenced for the offense of Criminal Endangerment, a felony, in violation of Section 45-5-207, MCA 2009, committed to the custody of the Department of Corrections for a period of Five (5) years with Two (2) years suspended. The Court recommends the Defendant be placed at Passages followed by pre-release; and other terms and conditions given in the Judgment on January 24, 2013.

On October 4, 2013, the Defendant's Application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court (hereafter "the Division").

The Defendant was present, appearing *ProSe,* as she indicated on her Application for Review of Sentence. The State was not represented.

Before hearing the Application, the Defendant was advised that the Division has the authority not only to reduce the sentence or affirm it, but also increase it. The Defendant was further advised that there is no appeal from a decision of the Division. The Defendant acknowledged that she understood this and stated that she wished to proceed.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that, "The sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (Section 46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Therefore, it is the unanimous decision of the Division that the sentence shall be AFFIRMED.

Done in open Court this 4th day of October, 2013.

DATED this 28th day of October, 2013.

Chairperson, Hon. Loren Tucker, Member Hon. Brad Newman and Member Hon. Kathy Seeley.